## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| **of AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WILLIE BUTLER** | : | **No. 16-071** |

## O R D E R

**AND NOW**, this 4ᵗʰ day of August, 2016, upon consideration of Defendant's Motion to Suppress Physical Evidence (Docket No.11), Defendant's Amended Motion to Suppress Physical Evidence (Docket No. 17), and the Government's Response (Docket No. 18), and following a hearing on July 14, 2016, **IT IS HEREBY ORDERED** that Defendant's Motions (Docket Nos. 11, 17) are **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1